148 A.3d 740

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALEXANDER LARA, DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001158-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

148 A.3d 741

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FRED BELEN, DEFENDANT-PETITIONER.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000775-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.